UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Brian Lamar Ponder, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Experian Information Solutions, Inc., )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>_____ ) | CASE NO. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant"), hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1.  Experian is the named Defendant in Civil Action No. 20-M-23874 filed by Plaintiff Brian Lamar Ponder ("Plaintiff") in the Magistrate Court of Gwinnett County, Georgia (the "State Court Action").

2.  The Complaint in the State Court Action was filed with the Clerk of the Magistrate Court of Gwinnett County, Georgia on October 16, 2020.

3.  This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

- 1 -

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. In addition, the claims against Experian here all arise from Experian's defense of a case brought by this same Plaintiff, an attorney admitted in New York

and appearing here pro se, in this same Court as Case No. 1:19-cv-5494-CAP-JSA (the "Pending Federal Action").

9. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated:     November 6, 2020          Respectfully submitted,

*/s/ Gregory R. Hanthorn*
Gregory R. Hanthorn
(Ga. Bar No. 323937)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
Email: ghanthorn@jonesday.com


*/s/ Michael I. Krause*
Michael I. Krause
(Ga. Bar No. 429286)
JONES DAY
1420 Peachtree Road NE, Suite 800
Atlanta, GA 30309
Telephone: 404.581-8903
Email: mikrause@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I caused a copy of the foregoing to be served via U.S. Mail on Plaintiff Brian Lamar Ponder at the following address:

Brian Lamar Ponder
669 W Paces Ferry Road NW
Atlanta, GA  30327

/s/ *Michael I. Krause*
Michael I. Krause
(Ga. Bar No. 429286)
JONES DAY
1420 Peachtree Road NE, Suite 800
Atlanta, GA 30309
Telephone:  404.581-8903

*Attorney for Defendant*
*Experian Information Solutions, Inc.*